

# United States District Court
# Northern District of Illinois

In the Matter of

Nathan A Ulery et al

    v.                                Case No. 22-CV-00781

West Monroe Partners, Inc. et al         Designated Magistrate Judge
                                                                   Sunil R. Harjani

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

   In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Charles R. Norgle to be related to 21-cv-06805 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Ronald A. Guzman**

Date: Thursday, March 31, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Ronald A. Guzman

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Friday, April 1, 2022