## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Nathan A Ulery, et al.

                                       Plaintiff,

v.                                                               Case No.: 1:22–cv–00781
                                                                            Honorable Ronald A. Guzman

West Monroe Partners, Inc., et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

        MINUTE entry before the Honorable Ronald A. Guzman: Defendant West Monroe Partners, Inc.'s motion for leave to file a response to Plaintiff Daly's objection to full consolidation of the Ulery and Daly actions until May 4, 2022 [22] is granted. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.