UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Nathan A Ulery, et al.
                                Plaintiff,
v.                                                      Case No.: 1:22−cv−00781
                                                        Honorable Ronald A. Guzman
West Monroe Partners, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2022:

MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff Ulery's motion to consolidate pursuant to Federal Rule of Civil Procedure 42(a) (No. 22 C 781, Dkt. # [19]) is granted in part. Due to the potential conflict of interest between the named plaintiffs, the Court consolidates Daly v. West Monroe Partners, Inc., et al. (No. 21 C 6805) and Ulery v. West Monroe Partners, Inc., et al. (No. 22 C 781) for pretrial purposes only at this time. Ulery may renew his motion for full consolidation after discovery is completed. After the Court appoints interim class counsel, the Court will order appointed interim counsel to file a consolidated amended complaint and a proposed discovery schedule. Plaintiff Daly has filed a motion for appointment of interim class counsel. Any response/cross−motion for appointment is due no later than May 16, 2022. Any reply shall be filed no later than May 27, 2022. Ruling to be made electronically. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.