# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW DALY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; THE BENEFITS COMMITTEE OF WEST MONROE PARTNERS, INC.; THE BOARD OF DIRECTORS OF WEST MONROE PARTNERS, INC.; ARGENT TRUST COMPANY; and DOES 1-30<br><br>        Defendants. | Case No. 1:21-cv-06805-RAG |
| NATHAN A. ULERY, on behalf of himself and on behalf of a class of all other persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEST MONROE PARTNERS, INC.; KEVIN MCCARTY; TOM BOLGER; GIL MERMELSTEIN; BARBARA DUGANIER; BARBARA BENNETT; DOUG ARMSTRONG; TOM HULSEBOSCH; SUSAN STELTER; and ARGENT TRUST COMPANY,<br><br>        Defendants. | Case No. 1:22-cv-00781-RAG |

**PLAINTIFF NATHAN ULERY'S NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nathan Ulery provides notice of dismissal without prejudice of Case No. 1:22-cv-00781-RAG. Defendants have not served an answer or a motion for summary judgment.

Dated: June 21, 2022	Respectfully submitted,

**BAILEY & GLASSER LLP**

*/s/ Patrick O. Muench*
Patrick O. Muench
318 W. Adams Street, Suite 1512
Chicago, IL 60606
Telephone: (312) 500-8680
Facsimile: (304) 342-1110
pmuench@baileyglasser.com

Ryan T. Jenny
Gregory Y. Porter
Laura Babiak
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
rjenny@baileyglasser.com
gporter@baileyglasser.com
lbabiak@baileyglasser.com


**IZARD KINDALL & RAABE LLP**
Robert A. Izard
Douglas P. Needham
29 South Main St., Suite 305
West Hartford, CT 06107
Telephone: (860) 492-6292
Facsimile: (860) 492-6290
rizardkrlaw.com
dneedham@ikrlaw.com

*Attorneys for Plaintiff Nathan A. Ulery*

# **CERTIFICATE OF SERVICE**

      I certify that on June 21, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                 */s/ Patrick O. Muench*
                                                 Patrick O. Muench